IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | NO. 21-65 |
| v. | : | |
| | : | |
| JOHN DOUGHERTY and | : | |
| GREGORY FIOCCA | : | |

## ORDER

**AND NOW**, this 2nd day of May, 2022, upon review of the pending motions, the responses thereto, and having held oral argument, in accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant Dougherty's Motion to Dismiss is **DENIED**;

2. Defendant Dougherty's Motion to Preclude the Recording of the Alleged Assault as a Co-Conspirator Statement is **GRANTED**;

3. Defendant Dougherty's Motion to Compel Identification of the Confidential Informant is **DENIED**;

4. Defendant Fiocca's Motion to Preclude the Confidential Informant's Recording is **DENIED**;

5. The Government's Motion to Admit is **GRANTED IN PART** and **DENIED IN PART**.


BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**Jeffrey L. Schmehl, J.**