IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 21-65 |
| JOHN DOUGHERTY and | : | |
| GREGORY FIOCCA | : | |

## <u>NOTICE OF HEARING</u>

Take notice that Defendants are scheduled for an EVIDENTIARY HEARING on **<u>MONDAY, MAY 9, 2022, at 10:30 A.M.</u>** before the Honorable Jeffrey L. Schmehl in Courtroom 12B of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The Defendants are on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A          interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:        Tanya L. Allender, Courtroom Deputy to Judge Schmehl
           Phone: 610.320.5030

Date:        5/5/2022

cc via U.S. Mail:        Defendants
cc via email:            Defense Counsel
                         U.S. Attorney's Office
                         U.S. Marshal
                         Court Security
                         Probation Office
                         Pretrial Services
                         Interpreter Coordinator