IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 21-65 |
| | : | |
| JOHN DOUGHERTY *et al.* | : | |

**ORDER**

**AND NOW**, this 5th day of January, 2023, upon consideration of Mr. Alan J. Tauber's forthcoming representation of Defendant John Dougherty in *United States v. John Dougherty et al.*, Case No. 19-cr-64, and pursuant to the financial affidavit filed by Mr. Dougherty in that case, the Court makes the following findings:

1. Mr. Dougherty may be "financially unable to obtain counsel" and therefore would be eligible for the appointment of counsel under the Criminal Justice Act, *see* 18 U.S.C. § 3006A(b); 7A Guide to Judiciary Policy § 210.40.30;

2. Accordingly, Mr. Tauber is hereby appointed to represent Mr. Dougherty in the above-captioned case; and

3. Because Mr. Dougherty has already been ordered to make payments towards his representation in *United States v. John Dougherty et al.*, Case No. 19-cr-64, Mr. Dougherty is not required to make additional payments in this case, subject to further order from this Court.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**