IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs.  : | Criminal No.: 21-CR-65 |
| : | |
| JOHN DOUGHERTY : | |

ORDER

AND NOW, this       day of            , 2024, upon consideration of Defendant's Motion for Continuance, it is hereby ORDERED and DECREED that said Motion is granted.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h) (7)(A)(B) the ends of justice are best served by granting the Defendant's request to continue the trial. In light of the foregoing, the ends of justice served by granting the defendant's request outweigh the best interest of the public and the defendant, in a speedy trial.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Criminal No.: 21-CR-65 |
| | : | |
| JOHN DOUGHERTY | : | |

## MOTION FOR CONTINUANCE

COMES NOW, John Dougherty, by and through his attorney, Gregory J. Pagano, Esquire, and requests that this Court grant a postponement of the trial date from March 25, 2024 to April 15, 2024 and in support thereof avers as follows:

1. Defendant was indicted on or about March 2, 2021, for 18:1951(a) Conspiracy to Commit Extortion and 18:1951 (a) (b)(2) Extortion; 18:2 Aiding and Abetting

2. The defense requests additional time to prepare for trial in this case.

WHEREFORE, it is respectfully requested that this Honorable Court GRANT the Defendant's request to continue the trial listing of March 25, 2024 to April 15, 2024.

Respectfully submitted:

_____
GREGORY J. PAGANO, ESQUIRE
Attorney for Defendant, John Dougherty
1315 Walnut Street, 12th Floor
Philadelphia, PA 19107
215-636-0160

DATED: February 29, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Criminal No.: 21-CR-65 |
| | : | |
| JOHN DOUGHERTY | : | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Motion for Continuance has been served upon AUSA Frank Costello , U. S. Attorney's Office, 615 Chestnut Street, Philadelphia, PA l9106, via the Court's Electronic Filing System.

_____/s/_____
GREGORY J. PAGANO, ESQUIRE

3