IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                               :
vs.                            :        Criminal No.: 21-CR-65
                               :
JOHN DOUGHERTY                 :

ORDER

AND NOW, this 29th day of February, 2024, upon consideration of Defendant's Motion for Continuance, it is hereby ORDERED and DECREED that said Motion is granted.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h) (7)(A)(B) the ends of justice are best served by granting the Defendant's request to continue the trial. In light of the foregoing, the ends of justice served by granting the defendant's request outweigh the best interest of the public and the defendant, in a speedy trial.

BY THE COURT:

/s/ Jeffrey L. Schmehl
                    J.