# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | **Criminal No.: 21-CR-65** |
| : | |
| **JOHN DOUGHERTY** : | |

## ORDER

**AND NOW,** this _____ day of _____, 2024, upon consideration of Defendant John Dougherty's Motion for a Non-Jury Trial and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
HON. JEFFREY L. SCHMEHL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Criminal No.: 21-CR-65 |
| : | |
| JOHN DOUGHERTY : | |

**DEFENDANT JOHN DOUGHERTY'S MOTION FOR NON-JURY TRIAL**

Defendant John Dougherty, by and through undersigned counsel, hereby requests that the above-captioned case proceed by way of a non-jury trial and states the following:

1. On March 2, 2021, a grand jury sitting in the Eastern District of Pennsylvania returned a 19-count Indictment charging Defendant John Dougherty with conspiracy to commit extortion, and extortion, in violation of 18 U.S.C. §§ 1951(a) and (b)(2).

2. Trial in this matter is scheduled for April 15, 2024.

3. Pursuant to Fed.R.Crim.Pro 23(a), If the defendant is entitled to a jury trial, the trial must be by jury unless: (1) the defendant waives a jury trial in writing; (2) the government consents; and (3) the court approves.

4. Defendant John Dougherty is entitled to a jury trial.

5. Defendant John Dougherty hereby waives his right to a jury trial.

6. Defendant John Dougherty requests that his trial proceed by way of a non-jury trial.

WHEREFORE, Defendant John Dougherty respectfully requests that his trial proceed by way of a non-jury trial.

Respectfully Submitted,

/s/Gregory J. Pagano  
GREGORY J. PAGANO, ESQ.  
Attorney for John Dougherty

April 5, 2024

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing response with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the Government and Mr. Fiocca, who are identified below.

Frank Costello, Bea Witzleben, Jason Grenell and Anthony Carissimi
Attorneys for the Government

Rocco Cipparone
Counsel for Defendant Gregory Fiocca

/s/Gregory J. Pagano
GREGORY J. PAGANO, ESQ.
Attorney for John Dougherty

April 5, 2024