# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. 21-65 |
| : | |
| JOHN DOUGHERTY and : | |
| GREGORY FIOCCA : | |

## ORDER

**AND NOW**, this 12th day of April, 2024, it is hereby **ORDERED** that the parties shall file any updated proposed voir dire by April 15, 2024, at 9:00 a.m.  It is further **ORDERED** that any updated proposed jury instructions and verdict forms shall be filed by April 17, 2024, at 5:00 p.m.

        **BY THE COURT:**


        */s/ Jeffrey L. Schmehl*
        **JEFFREY L. SCHMEHL, J.**